# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: ) | Case No.: | __03-12330__ |
| ) | | |
| Stoneville Furniture Acquisitions ) | Chapter: | __7__ |
| ) | | |

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

1. A dividend check in the amount of **$5,171.89** was issued by the trustee to __**Intex Plastics**__, claimant in the above referenced case.

2. The dividend check was not negotiated by the claimant. Therefore, the trustee, pursuant to 11 U.S.C. Section 347 (a), delivered the unclaimed funds to the Clerk of the U.S. Bankruptcy Court of the Middle District of North Carolina. The United States Treasury is currently holding these funds.

3. The claimant's current address and telephone number are:

   Name: **Mississippi Polymers, Inc.**
   Address: **2733 S. Harper Road, Corinth, MS 38834**
   Telephone number: **(800) 274-6839, ext. 218**

4. The claimant's social security or tax identification number is provided to the court on Exhibit A.

5. The claimant did not receive or negotiate the dividend check for the following reason(s): **June 2003, Mississippi Polymers, Inc. purchased all assets, including Accounts Receivable from Intex Plastics.**

6. I am the claimant named in paragraph #1. To the best of my knowledge, no other party is entitled to these funds. Proof of my identity is attached.

   Wherefore, the claimant requests that the court issue an order directing the Clerk to make disbursement of said Unclaimed Funds for the benefit of the claimant.

DATED: 8/10/2009

_____
Claimant's Signature

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: ) Case No.: __03-12330__
)
Stoneville Furniture Acquisitions ) Chapter: __7__
)
)

## CERTIFICATE OF SERVICE

The undersigned __David Devaughn__ of __Mississippi Polymers, Inc., 2733 South Harper Road, Corinth, MS 38834__ hereby certifies:

That I am, and at all times hereinafter mentioned, more than 18 years of age, and that on the **10** day of **August**, 20**09**, I served a copy of the foregoing Motion for Payment of Unclaimed Funds, upon the parties listed below by First Class Mail:

- U.S. Attorney for the Middle District of NC
  P.O. Box 1858
  Greensboro, NC 27402

- Clerk of the U.S. Bankruptcy Court
  P.O. Box 26100
  Attn: Finance Dept
  Greensboro, NC 27402-6100

Executed  8/10/2009          By: _(Signature)_
          (Date)